United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:19-mj-573

Hugh Brian Haney

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   July 18, 2019 @ 10:30 a.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | George Chaney |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Noah Litton |
| Interpreter | | Pretrial/Probation: | |
| Log In | 10:39 a.m. | Log Out | 10:48 a.m. |

Defendant advised of rights, charges, and penalties.

Defendant requested & will be appointed counsel.   The Federal Public Defender's Office is appointed for the proceedings in this Court.   If the defendant does not retain counsel, more information will be needed to determine if he qualifies for court appointed counsel.

Government seeks detention.

Preliminary Exam set for 7/30/19 @ 2:00 p.m.

Detention Hearing set for 7/22/19 @ 2:30 p.m.

Defendant remanded to USMS.