Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Samuel L. Raymond/Tara La Morte, Tel: 212-637-6519

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>HUGH BRIAN HANEY<br><br>_____<br>Defendant | ) ) ) ) ) ) ) | Case No. |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HUGH BRIAN HANEY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1956 (Money Laundering)
18 USC 1957 (Concealment Money Laundering)

Date: 7/17/19

_____
*Issuing officer's signature*

City and state:   New York, NY

Hon. Kevin Nathaniel Fox, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-17-2019, and the person was arrested on *(date)* 7-18-2019
at *(city and state)* Columbus, OH

Date: 7-18-2019

_____
*Arresting officer's signature*

Chadwick M. Van Sickle Special Agent
*Printed name and title*